No. 5,792.—D. L. FROST ET AL., APPELLANTS, *v.* R. F. CLARY ET AL., RESPONDENTS.

*Appeal from District Court, Yellowstone County; H. J. Miller, Judge presiding.*

Decided February 9, 1926.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal herein is dismissed, the cause having been settled.

*Mr. Horace S. Davis,* for Appellants.

*Mr. Edmund Nichols* and *Messrs. Johnston, Coleman & Johnston,* for Respondents.